```
      IN THE UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF ARKANSAS
              FAYETTEVILLE DIVISION
```

**GREGORY GAMACHE**                                                               **PLAINTIFF**

**v.**                              **Civil No.: 5:11-cv-5078**

**UNITED STATES OF AMERICA**                                                      **DEFENDANT**

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Now before the Court is Plaintiff's Complaint. (Doc. 1). Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3), this case is referred to the undersigned by the Honorable Jimm Larry Hendren, Chief United States District Judge for the Western District of Arkansas.

For the following reasons, it is the recommendation of the undersigned that the Complaint (Doc. 1), be **DISMISSED** with prejudice for failure to pay the filing fee or properly apply to proceed *in forma pauperis* ("IFP"), failure to file a proper Complaint under Rule (8) of the Federal Rules of Civil Procedure, failure to prosecute this action, and failure to obey an Order of the Court[1].

**I.   BACKGROUND**

Mr. Gamache, Plaintiff herein, submitted his Complaint (Doc. 1), which does not comply with Rule 8(a) of the Federal Rules of Civil Procedure. (Id.; see also Doc. 3). The District Court

---

[1] Because there is not a proper IFP application before the Court, the undersigned will not address any issues regarding the frivolity of the Complaint, or if it fails to state a claim upon which relief could be granted pursuant to 28 U.S.C. § 1915; although the undersigned has grave reservations as to whether the Complaint (Doc. 1) would withstand Section 1915 review.

Clerk was directed to send to Plaintiff a blank Section 1983 form, and Plaintiff was to complete this form and file it as an Amended Complaint on or before April 15, 2011.  (Doc. 3).  Plaintiff has not submitted an Amended Complaint.

Plaintiff also filed an IFP application. (Doc. 2). However, this application was not on the Court-approved form.  <u>Id.</u>  The Clerk of Court also sent a blank IFP application to Plaintiff, which he also has failed to return.  (<u>See</u> Doc. 3).  In fact, Plaintiff has not contacted the Court in any manner to continue to pursue his Complaint in the above-styled case.

**II.   APPLICABLE LAW**

Dismissal of a case for failure to prosecute and failure to comply with orders of the Court is specifically contemplated by the Federal Rules of Civil Procedure.  FED. R. CIV. P. 41(b) (district court may dismiss case for failure to prosecute or comply with court orders); <u>Link v. Wabash R.R. Co.</u>, 370 U.S. 626, 630-31 (1962) (district court has power to dismiss *sua sponte* under Rule 41(b)); <u>Brown v. Frey</u>, 806 F.2d 801, 803-04 (8th Cir. 1986) (quoting <u>Haley v. Kansas City Star</u>, 761 F.2d 489, 491 (8th Cir. 1985)) (a district court has the power to dismiss an action for the plaintiff's failure to comply with *any* court order; such a dismissal may be *with* prejudice if there has been "'a clear record of delay or

contumacious conduct by the plaintiff'") (emphasis added); Garrison v. Int'l Paper Co., 714 F.2d 757, 759 (8th Cir. 1983) (it is well settled that the district court has inherent power, acting on its own initiative, to dismiss a cause of action with prejudice for want of prosecution).

### III.   DISCUSSION

Plaintiff was given time to respond to the Court regarding the filing of his Complaint. (Doc. 3). Plaintiff has failed to file an appropriate application to proceed IFP, has failed to pay the filing fee, and has failed to amend his Complaint to comply with Rule 8 of the Federal Rules of Civil Procedure as previously ordered by this Court. (See id.) There has been no returned mail or other indication that Plaintiff has not received the Order directing him to amend his case and file a proper IFP application or pay the filing fee. (See id.) This case should be dismissed for failure to pay the filing fee or properly apply to proceed *in forma pauperis* ("IFP"), failure to file a proper Complaint under Rule (8) of the Federal Rules of Civil Procedure, failure to prosecute this action, and failure to obey an Order of the Court.

### IV. CONCLUSION

For the forgoing reasons I recommend the above-styled case be **DISMISSED** with prejudice.

**The Plaintiff has fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**

**DATED** this **5th day of May 2011.**

> */s/ Erin L. Setser*
> HON.  ERIN L.  SETSER
> U.S. MAGISTRATE JUDGE