IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GREGORY GAMACHE                                                    PLAINTIFF

        v.                 Civil No. 11-5078

UNITED STATES OF AMERICA                                           DEFENDANT

                        <u>O R D E R</u>

        NOW on this 27th day of May, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 4), filed on May 5, 2011, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

        **IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

        **IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE.**

        **IT IS SO ORDERED.**

                                        <u>/s/ Jimm Larry Hendren</u>
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE